**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

| | |
|---|---|
| ADDIE JACKSON | ) |
| | ) |
|     *Plaintiff*, | ) |
| | ) |
|     v. | ) **Case No.**  1:20-cv-00105-TWP-MPB |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| TRANSUNION, LLC, | ) |
| and ACAR LEASING LTD d/b/a GM | ) |
| FINANCIAL LEASING | ) |
|     *Defendants*. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, Addie Jackson, by counsel, hereby notifies the Court that the she and the Defendant, **Trans Union, LLC, only,** have reached a settlement in this matter and are attempting to finalize the language of a written Settlement Agreement, and anticipate filing the appropriate dismissal documents with the Court within sixty (60) days.

Respectfully submitted,

*/s/ Frank D. Otte*
Frank D. Otte, No. 19859-49
**CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321
Fax: (317) 687-2344
fotte@clarkquinnlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on March 25, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**Scott E. Brady**
**SCHUCKIT & ASSOCIATES, P.C.**
sbrady@schuckitlaw.com
*Attorneys for Trans Union, LLC*

Michael S. Poncin
**MOSS & BARNETT, PA**
Mike.poncin@lawmoss.com
*Attorneys for ACAR Leasing Ltd. Dba GM Financial Leasing*

                                            */s/ Frank D. Otte*
                                            Frank D. Otte, No. 19859-49

**CLARK QUINN MOSES SCOTT & GRAHN LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321
fotte@clarkquinnlaw.com